# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PENSION FUND OF CEMENT MASONS' UNION LOCAL UNION NO. 502 *et al.*, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>R & W CLARK CONSTRUCTION INC., an Illinois Corporation, and RICHARD CLARK, an individual, )<br><br>Defendants. ) | Case No. 20-cv-1024<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF FILING

To: See Attached Service List

    PLEASE TAKE NOTICE that on August 26, 2021, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Paul M. Bauch, Kenneth A. Michaels Jr., & Carolina Y. Sales' Motion for Leave to Withdraw as Counsel for Defendants*, a copy of which is attached hereto and hereby served upon you.

                                                                                   /s/ Paul M. Bauch

Paul M. Bauch (ARDC #6196619)
Kenneth A. Michaels Jr. (ARDC #6185885)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
Phone: 312-558-5000
Fax: 312-427-5709
pbauch@bmlawllc.com
kmichaels@bmlawllc.com
csales@bmlawllc.com

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on August 26, 2021, we caused this document to be served on each entity shown on the attached list at the address shown and by the method indicated on the list.

                 /s/ Paul M. Bauch

VIA CM/ECF:

Jeffrey Allen Krol  jeffkrol@johnsonkrol.com, decker@johnsonkrol.com, docket@johnsonkrol.com

Joseph Edward Mallon  mallon@johnsonkrol.com, docket@johnsonkrol.com

Lucas John Habeeb  habeeb@johnsonkrol.com, docket@johnsonkrol.com


VIA Email and U.S. Mail:

R&W Clark Construction, Inc.
Richard W. Clark
8158 W. Lincoln Highway
Frankfort, IL 60423
Email: rwclark123@yahoo.com